| CRIMINAL COMPLAINT | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**George Ramirez, Jr.**;<br>DOB: 1971; U.S. Citizen<br>**David Anthony Figueroa**;<br>DOB: 1977; U.S. Citizen<br>FILED ___ LODGED ___<br>RECEIVED ___ COPY ___<br>JUN 3 2011<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>11-09666M |
| Complaint for violation of Title 21 | United States Code § 846 |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about June 2, 2011, at or near Tucson, in the District of Arizona, **George Ramirez Jr. and David Anthony Figueroa**, did knowingly and intentionally combine, conspire, confederate and agree with other persons to possess with intent to distribute 100 kilograms or more, but less than 1,000 kilograms of marijuana, that is, approximately 500 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), and 5 kilograms or more of cocaine, that is, approximately 10 kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

See attached affidavit.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>DeJoe<br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br>_/s/ Anya Freel_<br>OFFICIAL TITLE Special Agent,<br>Federal Bureau of Investigation |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE<br>_/s/ Glenda E. Edmonds_ | DATE<br>June 2, 2011 |

1) See Federal rules of Criminal Procedure Rules 3 and 54